**C.** As to the Third Cause of Action, award Empire compensatory and punitive damages, legal costs, expenses, and attorneys' fees against Defendant Joseph D'Amato, including pre- and post-Judgment interest thereon, in an amount to be determined at trial;

**D.** As to the Sixth Cause of Action, enter a Judgment declaring that Plaintiff Bryanston Group, Inc., as Series E Preferred Share holder, has priority over Defendants to the payment of dividends, redemption, and/or satisfaction of shares (i) from Empire's "Net Available Cash Flow" for any purpose, including that intended to retire any debt owed to Kien Huat, and (ii) in the event of a voluntary or involuntary dissolution of Empire;

**E.** As to all Causes of Action, award Plaintiff its legal costs, expenses, and attorneys' fees, including pursuant to N.Y. B.C.L. § 626(e); and

**F.** As to all Causes of Action, grant such further relief as the Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury in this action on all issues so triable.

Dated: New York, New York
March 29, 2013

Respectfully submitted,

MISHCON DE REYA NEW YORK LLP

By: ______________________________
James J. McGuire
Vincent Filardo, Jr.

750 7th Avenue, Floor 26
New York, New York 10019
Telephone: (212) 612-3270
Facsimile: (212) 612-3297
James.McGuire@mishcon.com
Vincent.Filardo@mishcon.com

*Attorneys for Plaintiff Bryanston Group, Inc*

OF COUNSEL:
Andrew L. Asher
ANDREW L. ASHER, P.L.
4767 New Broad Street
Orlando, FL 32814
(407) 514-2697 (phone)
(407) 514-2698 (fax)

Edward B. MacMahon, Jr.
LAW OFFICE OF EDWARD B. MACMAHON, JR.
1307 New Hampshire Ave., NW, Suite 200
Washington, D.C. 20036
(202) 775-1307 (phone)
(202) 775-1308 (fax)