USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 6/19/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------X

BRYANSTON GROUP, INC.,

Plaintiff,

- against -

KIEN HUAT REALTY III, LTD., et al.

Defendants.

-----------------------------------X

12 Civ. 9396(VM)

**CONDITIONAL ORDER OF DISCONTINUANCE WITHOUT PREJUDICE**

**VICTOR MARRERO, United States District Judge.**

Counsel for plaintiff, on behalf of the parties, having notified the Court, by letter dated June 18, 2013, a copy of which is attached, that the parties have reached an agreement in principle to resolve this action without further litigation, it is hereby

**ORDERED**, that this action be conditionally discontinued without prejudice and without costs; provided, however, that within thirty (30) days of the date of this Order, the parties, without the necessity for any formal motion, may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Otherwise, within such time counsel for plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event by the deadline indicated the settlement is not consummated. Upon such notification, the defendants shall continue to be subject to the Court's jurisdiction, the Court shall promptly

reinstate the action and any pending motions to its active docket and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within ten days of the plaintiff's application for reinstatement, to schedule remaining pre-trial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event plaintiff has not requested restoration of the case to the active calendar within such period of time.

Any further conferences with the Court are canceled but shall be rescheduled as set forth above in the event plaintiff notifies the Court that the parties' settlement was not effectuated and that such conference is necessary to resume pretrial proceedings herein.

The Clerk of Court is directed to terminate any pending motions and to close this case.

**SO ORDERED.**

Dated: NEW YORK, NEW YORK
18 June 2013

VICTOR MARRERO
U.S.D.J.

Mishcon de Reya
NEW YORK LLP

Our Ref: 50153.1

750 7th Avenue - 26th floor
New York, NY 10019
www.mishconnewyork.com

June 18, 2013

Direct Tel: 212-612-3265
Direct Fax: 212-612-3297
E-mail: Vincent.Filardo@Mishcon.com

**BY FACSIMILE**

Hon. Victor Marrero
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite 660
New York, NY 10007-1312

Re: Bryanston Group, Inc. v. Kien Huat Realty III, Ltd., et al.
No. 12 Civ. 9396 (VM)

Your Honor:

We write pursuant to Part II.A. of the Court's Individual Practices to request a pre-motion conference where plaintiff will seek leave to file an unopposed motion to dismiss the above-referenced action ("Action") pursuant to Federal Rules of Civil Procedure 23.1(c) and 41.

The parties have reached a global settlement agreement resolving all outstanding disputes between them. The parties' agreement specifically resolves a pending state court action related to Bryanston Group, Inc.'s and non-party Stanley Tollman's ownership of preferred shares issued by Empire Reports, Inc., and although plaintiff will receive no consideration related to the claims asserted in the Action, the settlement agreement is contingent upon plaintiff discontinuing the Action. Pursuant to Federal Rule of Civil Procedure 23.1(c), plaintiff must seek an Order to dismiss the Action because the First Amended Complaint contains putative derivative claims.

The parties sincerely wish to finalize their settlement as soon as possible, and are available at the Court's earliest convenience for the conference.

Respectfully,

Vincent Filardo, Jr.


Switchboard: +1 212 612 3270
Main Fax: +1 212 612 3297
New York: Mishcon de Reya New York LLP
London: Mishcon de Reya Solicitors
A list of partners is available for inspection at the above address

Mishcon de Reya
NEW YORK LLP

cc: Howard Zelbo, Esq. (by e-mail)
Andrew Weaver, Esq. (by e-mail)
James J. McGuire, Esq. (by e-mail)
Andrew L. Asher, Esq. (by e-mail)
Edward B. MacMahon Jr., Esq. (by e-mail)