UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

BRYANSTON GROUP, INC,
derivatively on behalf of
EMPIRE RESORTS, INC.,

                       Plaintiff,

          -against-                           12 Civ. 9396 (VM)
                                                          ECF Case

KIEN HUAT REALTY III, LTD.,                **STIPULATION OF DISMISSAL**
individually and as Shareholder of
EMPIRE RESORTS, INC.,

COLIN AU, individually and as Director
of EMPIRE RESORTS, INC.,

JOSEPH D'AMATO, individually and as
Director of EMPIRE RESORTS, INC.,
and

EMPIRE RESORTS, INC., as nominal
Defendant,
                     Defendants.

----------------------------------------------------------------x

**TO THE HONORABLE JUDGE OF SAID COURT:**

      WHEREAS, counsel for plaintiff wrote to the Court on June 18, 2013, pursuant to Part II.A of the Court's Individual Practices, seeking a pre-motion conference for an unopposed motion to dismiss the above-captioned action (the "Action") pursuant to Federal Rules of Civil Procedure 23.1(c) and 41; and

WHEREAS, on June 19, 2013, the Court issued a Conditional Order of Discontinuance Without Prejudice (the "Order"), whereby the Court conditionally discontinued the Action without prejudice and without costs; provided that within thirty (30) days of the date of the Order, the parties, without the necessity of any formal motion, submit to the Court their own Stipulation of Dismissal for the Court to So Order; and

WHEREAS, pursuant to the Order, the parties have executed this Stipulation of Dismissal.

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Sixth cause of action in the First Amended Complaint is dismissed with prejudice; and

2. Pursuant to Fed. R. Civ. P. 23.1(c), the First, Second, Third, Fourth and Fifth causes of action in the First Amended Complaint are dismissed without prejudice; and

3. Each party is responsible for its own costs.

Dated: New York, New York
June 24, 2013

| MISHCON DE REYA NEW YORK LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
|---|---|
| By: /s/ James J. McGuire<br>James J. McGuire<br>Vincent Filardo, Jr. | By: /s/ Howard S. Zelbo<br>Howard S. Zelbo<br>Andrew Weaver |
| 750 7th Avenue, Floor 26<br>New York, New York 10019<br>Tel. (212) 612-3270<br>Fax. (212) 612-3297<br>James.McGuire@mishcon.com<br>Vincent.Filardo@mishcon.com | One Liberty Plaza<br>New York, New York 10006<br>Tel. (212) 225-2000<br>Fax. (212) 225-3999<br>hzelbo@cgsh.com<br>aweaver@cgsh.com |

OF COUNSEL

*Attorneys for Defendants*

Andrew L Asher
ANDREW L. ASHER. P.L.
4767 New Broad Street
Orlando, FL 32814
Tel. (407) 514-2697
Fax. (407) 514-2698

Edward B. MacMahon, Jr.
LAW OFFICE OF EDWARD B. MACMAHON, JR.
1307 New Hampshire Ave., N.W., Suite 200
Washington, D.C. 20036
Tel. (202) 775-1307
Fax. (202) 775-1308

*Attorneys for Plaintiff Bryanston Group, Inc*

SO ORDERED.

Dated: New York, New York
June 24, 2013

/s/ Victor Marrero
Victor Marrero
U.S.D.J.